UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 50013 |
| | ) | |
| vs. | ) | Violations: Title 16, United States Code, |
| | ) | Sections 3372(a)(1), 3372(a)(2)(A), and |
| ROBERT S. JOHNSON | ) | 3373(d)(1)(B) |

## COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

On or about March 18, 2005, at Leaf River, in the Northern District of Illinois, Western Division, and elsewhere,

ROBERT S. JOHNSON,

defendant herein, transported wildlife, namely 6 elk, in interstate commerce knowing that said wildlife was transported in violation of the laws and regulations of the United States, specifically, Title 9, Code of Federal Regulations, Section 77.27, and in so doing knowingly engaged in conduct involving the sale, the offer of sale, and the intent to sell, of wildlife having a market value exceeding $350;

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

**FILED**

MAR 18 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The DECEMBER 2006 GRAND JURY further charges:

On or about March 18, 2005, at Leaf River, in the Northern District of Illinois, Western Division, and elsewhere,

### ROBERT S. JOHNSON,

defendant herein, transported wildlife, namely 6 elk, in interstate commerce knowing that said wildlife was transported in violation of the laws and regulations of the State of Illinois, specifically, 520 Illinois Compiled Statutes 5/2.2, and in so doing knowingly engaged in conduct involving the sale, the offer of sale, and the intent to sell, of wildlife having a market value exceeding $350;

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

## COUNT THREE

The DECEMBER 2006 GRAND JURY further charges:

On or about October 30, 2005, at Leaf River, in the Northern District of Illinois, Western Division, and elsewhere,

### ROBERT S. JOHNSON,

defendant herein, knowingly sold wildlife having a market value exceeding $350, namely 1 elk, in interstate commerce knowing that said wildlife was transported and sold in violation of the laws and regulations of the United States, specifically, Title 9, Code of Federal Regulations, Section 77.27, and in violation of the laws and regulations of the State of Illinois, specifically, 520 Illinois Compiled Statutes 5/2.2 and 5/3.34;

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

## COUNT FOUR

The DECEMBER 2006 GRAND JURY further charges:

On or about November 26, 2005, at Leaf River, in the Northern District of Illinois, Western Division, and elsewhere,

### ROBERT S. JOHNSON,

defendant herein, knowingly sold wildlife having a market value exceeding $350, namely 1 elk, in interstate commerce knowing that said wildlife was transported and sold in violation of the laws and regulations of the United States, specifically, Title 9, Code of Federal Regulations, Section 77.27, and in violation of the laws and regulations of the State of Illinois, specifically, 520 Illinois Compiled Statutes 5/2.2 and 5/3.34;

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 08 CR 50013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

ROBERT S. JOHNSON

**INDICTMENT**

Violation(s):   Title 16, United States Code, Sections 3372(a)(1), 3372(a)(2)(A), and 3373(d)(1)(B)



A true bill.

_____
Foreman

Filed in open court this 18th day of March A.D. 2008

_____
Clerk

Bail. $

FILED

MAR 18 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court