## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50013 - 1 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. ROBERT S. JOHNSON | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to notice with retained counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by April 1, 2008. Defendant's oral motion for time to April 29, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 25, 2008 to and including April 29, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for April 29, 2008 at 11:00 am. Defendant's appearance is excused. Defendant to participate by telephone. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|