UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                  Case No.: 3:08−cr−50013
                                                    Honorable Philip G. Reinhard

Robert S Johnson
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 15, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney: Defendant's Motion to modify conditions of release [14] [15] are granted as to Robert S Johnson (1). Defendant given leave to travel to the Southern and Eastern Districts of Texas. Mailed notice (glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.