# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50013 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. ROBERT JOHNSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant appears by telephone. Status hearing set for July 16, 2008 at 11:30 am. Defendant may appear by telephone.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|