# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50013 - 1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. ROBERT S. JOHNSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant appears by phone. Defendant's motion to dismiss presented. Response due August 20, 2008. Reply due August 29, 2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Defendant's motion to expand bond to allow directe travel to and from Crawford County, WI is granted. USA's oral motion for the time of August 6, 2008 to and including August 29, 2008 to be deemed excludable under 18 USC 3161(h)(1)(f) (X-E) is granted. Status hearing set for August 29, 2008 at 10:30 am. Defendant may participate by phone.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|