# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50013 - 1 | **DATE** | 8/29/2008 |
| **CASE TITLE** | USA vs. ROBERT JOHNSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant appears by phone. Counsel report defendant ready for transfer. Defendant is transferred to Judge Reinhard's calendar. Status hearing set before Judge Reinhard on September 12, 2008 at 11:00 am. Defendant to appear.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|